UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH D. SAWYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:20-CV-33-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 32], ADOPTS the conclusions in the M&R [D.E. 31], DENIES plaintiff's motion for judgment on the pleadings [D.E. 21], GRANTS defendant's motion for judgment on the pleadings [D.E. 28], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on September 15, 2021, and Copies To:**
Branch W. Vincent, III                              (via CM/ECF electronic notification)
Mark J. Goldenberg                                 (via CM/ECF electronic notification)

DATE:                                                        PETER A. MOORE, JR., CLERK
September 15, 2021                                 (By) /s/ Nicole Sellers
                                                                  Deputy Clerk